

# Fourth Court of Appeals
## San Antonio, Texas

August 18, 2014

No. 04-14-00328-CR

The **STATE** of Texas,
Appellant

v.

Matthew **MURRAY**,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR11683
Honorable Maria Teresa Herr, Judge Presiding

# O R D E R

Appellee Matthew Murray's brief was due August 11, 2014, but it has not been filed. We **order** the brief filed by **August 28, 2014**. If the brief is not filed by the date ordered, the appeal may be set for submission without an appellee's brief.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of August, 2014.

_____
Keith E. Hottle
Clerk of Court